UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTE LAUER, | No. 2:18-cv-0247 KJM DB |
| Plaintiff, | |
| v. | ORDER |
| LOWE'S HOME CENTERS, LLC, A North Carolina LLC, dba LOWE'S HOME CENTERS, LLC, STORE 1207, et al., | |
| Defendants. | |

On June 22, 2018, defendant Lowe's Home Centers, LLC, filed a motion for a protective order. (ECF No. 12.) Defendant's motion is noticed for hearing before the undersigned on August 3, 2018. Defendant's motion consists of essentially a ten-page memorandum in support and 50+ pages of declaration and exhibits. On July 20, 2018, plaintiff filed an opposition. (ECF No. 13.) On July 27, 2018, the parties filed a joint statement re discovery disagreement and defendant filed a reply to plaintiff's opposition. (ECF Nos. 14 & 15.)

However, Local Rule 251(a) provides that a motion for a protective order may be heard by filing a notice of motion and motion scheduling the hearing date. Local Rule 251(c) provides that, if after filing notice of the motion and continued meet and confer efforts the moving party is still dissatisfied, the parties shall draft and file a "Joint Statement re Discovery Disagreement." "All arguments and briefing that would otherwise be included in a memorandum of points and

authorities supporting or opposing the motion shall be included in this joint statement, and no separate briefing shall be filed."[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The August 3, 2018 hearing of defendant's motion for a protective order (ECF No. 12) is continued to **Friday, August 31, 2018,** at **10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned; and

2. On or before **August 24, 2018**, the parties shall file a joint statement that complies with the Local Rules and the undersigned's Standard Information.[2]

Dated: July 30, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\lauer0247.js.cont.hrg

---

[1] Moreover, the parties are advised that joint statements filed before the undersigned shall not exceed twenty-five pages, excluding exhibits, as explained in the undersigned's Standard Information re discovery disputes set forth on the court's web page. See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db

[2] In this regard, all arguments and briefing that would otherwise be included in a memorandum of points and authorities supporting or opposing the motion shall be included in this joint statement, and no separate briefing shall be filed. Moreover, prior to filing the joint statement, the parties must again confer in person or via telephone or video conferencing in an attempt to resolve this dispute.

2